**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA- MIAMI DIVISION**

**IN RE:**

**CASE NO. 12-29862-RAM**
**CHAPTER 13**

**GLENDA M SUAZO**
***and* LUIS M MORENO,**

**Debtor(s).**
_____________________________________/

# TRANSFER OF CLAIM

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

HMC Assets LLC, solely in its capacity as Separate Trustee of Community Development Fund I Trust
**Name of Transferee**

Specialized Loan Servicing LLC
**Name of Transferor**

**Name and Address where notices to Transferee should be sent:**
BSI Financial Services
1425 Greenway Drive, #400
Irving, TX 75038

Court Claim # (if known): _6-1_
Amount of Claim: $80,708.80__
Date Claim Filed: _12/04/2012__

Phone: _954-368-1311___________
Last Four Digits of Acct #: 9647

Phone: _(972)643-6600_____
Last Four Digits of Acct # 6810

**Name and Address where transferee payments should be sent:**
BSI Financial Services
P.O. Box 660605
Dallas, TX 75266
Attn: Processing Department
Phone: _1-800-827-4661____
Last Four Digits of Acct #: 9647

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

DELUCA LAW GROUP, PLLC
*Attorney for Secured Creditor*
2101 NE 26TH Street
Fort Lauderdale, FL 33305
Phone: (954) 368-1311/Fax: (954) 200-8649

_/s/Maurice Hinton__________________
MAURICE D. HINTON, ESQ.
mhinton@delucalawgroup.com
FBN: 26215

16-01379-B