UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE: Case No. 12-29862-RAM
Glenda Suazo and Luis M Moreno Chapter 13

Debtors. /

**AGREED NOTICE OF SUBSTITUTION OF COUNSEL FOR SECURED CREDITOR**
**Nationstar Mortgage LLC**

**IT IS HEREBY NOTIFIED AND AGREED** that Samantha Carr, Esq., of Shapiro, Fishman & Gaché, LLP, be substituted by Steve Powrozek, Esq., of Shapiro, Fishman & Gaché, LLP, as Counsel of record for the above named Secured Creditor. That Samantha Carr, Esq. shall no longer represent nor have any responsibility to represent the Secured Creditor.

That the Creditor herein consent(s) to this Substitution of Counsel and by signing below, Samantha Carr, Esq. and Steve Powrozek, Esq. advise this Honorable Court that there is no objection to this substitution of counsel and all parties agree to this substitution of counsel.

All future pleadings, correspondence, and other papers should be directed to:

Steve Powrozek, Esq.
4630 Woodland Corporate Blvd.
Suite 100
Tampa, Florida 33614
Tel: 813-880-8888
Fax: 813-880-8800

Shapiro, Fishman & Gaché, LLP
2424 N. Federal Highway
Suite 360
Boca Raton, FL 33431
Tel: 561-542-7621
Fax: 561-998-6707

By: _/s/ Samantha Carr___
Samantha Carr
Florida Bar No: 74137

Shapiro, Fishman & Gaché, LLP
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL 33614
Tel: 813-880-8888
Fax: 813-880-8800

By: _/s/ Steve Powrozek___
Steve Powrozek
Florida Bar No. 316120

15-289537