**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:

Chapter 13
Case No.: 12-29862-RAM

**GLENDA M. SUAZO** and
**LUIS M. MORENO,**

      Debtors.
_____/

**RESPONSE IN OPPOSITION TO THE DEBTORS'**
**MOTION TO DEEM CURRENT THE MORTGAGE**

      BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS, LLC, SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF COMMUNITY DEVELOPMENT FUND I TRUST ("BSI Financial Services" or "Secured Creditor"), by and through its undersigned attorney, files this Response in Opposition to the Debtors' Motion to Deem Current the Mortgage (the "Response"), and in support states as follows:

      1.      On August 20, 2012, the Debtors, Glenda M. Suazo and Luis M. Moreno (the "Debtors") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code [D.E. 1].

      2.      On December 1, 2017, this Court entered an Order Granting *Ex-Parte* Motion to Approve Final Modification Agreement with BSI Financial Services [D.E. 92].

      3.      On April 10, 2018, the Chapter 13 Trustee filed its Notice of Plan Completion [D.E. 102].

      4.      On April 18, 2018, the Trustee issued its last plan disbursement payment to Secured Creditor in the amount of $30,049.38 (the "Final Disbursement").   A true and correct copy of the National Data Center Account Ledger evidencing the Final Disbursement date is attached hereto as **Exhibit "A"**.

5.      On June 18, 2018, Secured Creditor issued a Mortgage Statement (the "Mortgage Statement") letter to the Debtors c/o counsel Ricardo Corona, Esq. advising that the mortgage loan was in default and that the default payment due was December 1, 2017 and that all subsequent payments thereto were in default and that the total default amount was $20,812.69 (the "Default Amount").   A true and correct copy of the Mortgage Statement is attached hereto as **Exhibit "B"**.

6.      On July 6, 2018, due to Debtors' failure to cure the default, Secured Creditor filed a Notice of Default [D.E. 105] (the "Notice of Default").  Pursuant to the Notice of Default, the Debtors were again noticed that the account remained in default and was due and owing for December 1, 2017 and all payments thereafter.

7.      On July 12, 2018, the Debtors filed its Motion to Deem Current the Mortgage [D.E. 106] (the "Motion to Deem Current").   Pursuant to the Motion to Deem Current, the Debtors are seeking have the loan deemed current as well as for recovery of reasonable attorney's fees and costs against BSI Financial Services.

8.      Secured Creditor objects to the Motion to Deem Current and asserts that the Debtors seek to deem the loan current when the Debtors denote in paragraph 9 of the Motion to Deem Current that *[T]his Notice of Default is being reviewed, and the Debtors are in process of making the appropriate payments to the Creditor"*.

9.      Secured Creditor again reasserts that upon applying payments received to date, the Debtors' loan remains in default and is due and owing for December 1, 2017 and all subsequent payments thereafter.  Attached hereto as **Exhibit "C"** is a copy of the payment history for loan.

10.     Secured Creditor reserves the right to supplement or amend this Response, if necessary.

**WHEREFORE**, BSI Financial Services, as Servicing Agent for HMC Assets, LLC solely in its capacity as Trustee of Community Fund I Trust, respectfully requests that this Honorable Court enter an Order Denying the Debtor's Motion to Deem Mortgage Current, and any such other relief that the Court deems just and proper.

**Dated this 24ᵗʰ day of July, 2018.**

Respectfully submitted,

**GHIDOTTI | BERGER, LLP**
*Attorneys for Secured Creditor*
3050 Biscayne Blvd. - Suite 402
Miami, Florida 33137
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

By: ____/s/ Chase A. Berger_____
Chase A. Berger, Esq.
Florida Bar No. 083794
cberger@ghidottiberger.com

### CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By:____/s/ Chase A. Berger_____
Chase A. Berger, Esq.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>July 24, 2018</u>, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

| | |
|---|---|
| *Debtor* | *Joint Debtor* |
| **Glenda M Suazo** | **Luis M Moreno** |
| 23140 S.W. 113th Passage | 23140 S.W. 113th Passage |
| Miami, FL 33170 | Miami, FL 33170 |
| | |
| *Debtors' Counsel* | *U.S. Trustee* |
| **Ricardo Corona, Esq.** | **Office of the US Trustee** |
| 3899 N.W. 7 Street - Second Floor | 51 S.W. 1st Avenue - Suite 1204 |
| Miami, FL 33126 | Miami, FL 33130 |
| | |
| *Trustee* | |
| **Nancy K. Neidich** | |
| P.O. Box 279806 | |
| Miramar, FL 33027 | |

By:＿＿＿/s/ Chase A. Berger＿＿＿＿＿
Chase A. Berger, Esq.

**Account Ledger**

 NATIONAL**DATA**CENTER

Case  1229862    Debtor1  GLENDA M SUAZO    Debtor2  LUIS M MORENO    Trustee  NEIDICH, NANCY K. (MIRAMAR, FL)

Filter By    1                    All Payees                    All Transactions      All Time

| DATE PAID ▼ | CLAIM NUMBER | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 04/18/2018 | 1 | 692947 | HMC ASSETS, LLC | CREDITOR PAYMENT (PRIN) | -$30049.38 |
| 12/13/2017 | 1 | 677635 | HMC ASSETS, LLC | CANCELLED CREDITOR PAYMENT (PRIN) | $30049.38 |
| 11/14/2017 | 1 | 677635 | HMC ASSETS, LLC | CREDITOR PAYMENT (PRIN) | -$30049.38 |
| 10/26/2016 | 1 | 633394 | NATIONSTAR MORTGAGE LL | CANCELLED CREDITOR PAYMENT (PRIN) | $2171.25 |
| 09/27/2016 | 1 | 629906 | NATIONSTAR MORTGAGE LL | CANCELLED CREDITOR PAYMENT (PRIN) | $2171.25 |
| 09/27/2016 | 1 | 626500 | NATIONSTAR MORTGAGE LL | CANCELLED CREDITOR PAYMENT (PRIN) | $2171.25 |
| 09/15/2016 | 1 | 633394 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$2171.25 |
| 08/15/2016 | 1 | 629906 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$2171.25 |
| 07/14/2016 | 1 | 626500 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$2171.25 |
| 06/16/2016 | 1 | 623154 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$771.87 |
| 05/19/2016 | 1 | 619545 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$6164.49 |
| 02/17/2016 | 1 | 608298 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$5928.36 |
| 07/15/2015 | 1 | 583932 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$455.62 |
| 06/17/2015 | 1 | 580378 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$1185.64 |
| 05/13/2015 | 1 | 576898 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$1185.64 |
| 04/13/2015 | 1 | 573559 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$1185.64 |
| 03/17/2015 | 1 | 571256 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$1320.37 |
| 02/18/2015 | 1 | 568292 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$1320.37 |
| 01/15/2015 | 1 | 565492 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$1345.98 |
| 12/10/2014 | 1 | 562781 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$1345.98 |
| 11/18/2014 | 1 | 560420 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$1345.98 |
| 10/16/2014 | 1 | 557795 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$1345.98 |
| 09/17/2014 | 1 | 555189 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$1377.12 |
| 08/12/2014 | 1 | 552492 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$2225.77 |
| 07/10/2014 | 1 | 550087 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$1319.56 |
| 06/12/2014 | 1 | 547283 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$1248.29 |
| 05/15/2014 | 1 | 545126 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$1248.30 |
| 04/10/2014 | 1 | 542818 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$1188.30 |
| 03/12/2014 | 1 | 540622 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$1188.30 |
| 02/13/2014 | 1 | 538667 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$1188.30 |
| 01/15/2014 | 1 | 536539 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$1188.30 |
| 12/19/2013 | 1 | 534632 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$1188.30 |
| 11/21/2013 | 1 | 532728 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$1188.30 |
| 10/17/2013 | 1 | 530600 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$1183.68 |
| 09/18/2013 | 1 | 528645 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$1233.28 |
| 08/21/2013 | 1 | 526654 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$1233.29 |
| 07/17/2013 | 1 | 524627 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$1254.83 |
| 06/13/2013 | 1 | 522726 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$1254.83 |
| 05/21/2013 | 1 | 520839 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$1254.83 |
| 04/17/2013 | 1 | 518935 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$1254.83 |
| 03/14/2013 | 1 | 517081 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$1247.90 |
| 02/21/2013 | 1 | 515509 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$1247.91 |
| 01/15/2013 | 1 | 510932 | NATIONSTAR MORTGAGE LL | CREDITOR PAYMENT (PRIN) | -$4931.62 |

# EXHIBIT "A"

# BSI Financial Services

## Mortgage Statement

STATEMENT DATE 06/18/18
Property Address: 23140 SW 113TH PASSAGE, MIAMI FL 33170

314 S Franklin St. / Second Floor
PO Box 517
Titusville PA 16354
Customer Care: 800-327-7861
https://myloanweb.com/BSI

| Account Number: | |
|---|---|
| Post-Petition Payment Date: | 12/01/17 |
| Post-Petition Payment Amount: | $2,564.94 |

*This amount includes only your regular post-petition payment. It does not include any past unpaid amounts or Pre-Petition Arrearage, or any fees and charges.*

RICARDO CORONA, ESQ.
RE: GLENDA SUAZO
3899 NW 7 ST, SECOND FLOOR
MIAMI FL 33126

### Explanation of Payment Amount (Post-Petition Payment)

| | |
|---|---|
| Principal: | $239.24 |
| Interest: | $1,340.82 |
| Escrow (Taxes and/or Insurance): | $984.88 |
| **Regular Monthly Payment:** | **$2,564.94** |
| Total Fees and Other Charges: | $0.00 |
| Past Unpaid Post-Petition Amounts | $18,247.75 |
| **Total Amount Owed Post-Petition** | **$20,812.69** |

## Account Information

| | | | |
|---|---|---|---|
| * Outstanding Principal: | $323,444.41 | Total Deferred Balance: | $74,632.54 |
| Interest Rate (Until April 2056): | 5.00000% | Prepayment Penalty: | NO |
| Escrow Balance: | -$5,126.17 | | |

* The outstanding principal balance does not represent the payoff of your loan.  Please see reverse for more information.

## Transaction Activity (05/16/18 to 06/18/18)

*Fees and costs are being included in your transaction history and "Total Amount Owed Post-Petition" due to the fact that they have been incurred post-petition, however they are not due and owing until BSI files a Post-Petition Fee Notice, so you may withhold payment of these fees until such time as you receive a Post-Petition Fee Notice for these items.

| Date | Description | Transaction Amount | Principal | Interest | Escrow | Late Charges & Fees | Unapplied Amount |
|---|---|---|---|---|---|---|---|
| No Activity This Period | | | | | | | |

## Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $4,236.39 |
| Interest | $0.00 | $25,784.75 |
| Escrow (Taxes and/or Insurance) | $0.00 | $9,018.73 |
| Late Charges | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payments (Unapplied)* | $0.00 | -$8,990.49 |
| **Total** | **$0.00** | **$30,049.38**** |

* Partial payments: Any partial payments that you make may not be applied to your mortgage, but are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.
** These amounts may not reflect payments made to a prior servicer if your loan servicing was transferred this year.

## Pre-Petition Arrearage Payments

| Received from Trustee Last Month | Total Received During Bankruptcy | Current Balance of Pre-Petition Arrearage |
|---|---|---|
| $0.00 | $0.00 | $0.00 |

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payment. These payments are reflected in your transaction activity.

*Please note that we have not received all of the payments that have become due since your bankruptcy filing.

## Bankruptcy Message

Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy. This statement is being sent to you for informational and compliance purposes only. By law, we must send it to you. You can choose to stop receiving statements by writing to us at our address below. If your bankruptcy plan requires us to send your mortgage payments to the Trustee, you should pay the Trustee directly. If you are making post-petition payments directly to the Trustee, this statement may not accurately reflect the amount to be paid to the Trustee, and the transaction history only reflects payments received from the Trustee. Please contact the Trustee or your attorney if you have questions.

## Important Messages

Keep upper portion for your records.  See reverse for important information.

................................................................
*Please return this portion with your payment*

# BSI Financial Services

314 S Franklin St. / Second Floor
PO Box 517
Titusville PA 16354
Customer Care: 800-327-7861
https://myloanweb.com/BSI

**Account Number:**
Property Address:  23140 SW 113TH PASSAGE, MIAMI FL 33170
RICARDO CORONA, ESQ.
RE: GLENDA SUAZO
3899 NW 7 ST, SECOND FLOOR
MIAMI FL 33126

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, do not send your payment to us. Instead, you should send your payment to the Trustee.

### Payment Amount

| | |
|---|---|
| Post-Petition Payment Date: | 12/01/17 |
| Post-Petition Payment Amount: | $2,564.94 |

*All amounts due must be paid in full before additional principal reduction can be made.

| | | |
|---|---|---|
| Additional Principal: | $ | . |
| Additional Escrow: | $ | . |
| **Total Amount Enclosed** | **$** | **.** |

Please write your loan number on your check and make payable to:
**BSI FINANCIAL SERVICES**

BSI Financial Services
PO BOX 679002
Dallas TX 75267-9002

# EXHIBIT "B"

**Payment Options**

BSI Financial Services provides you the following options for making your mortgage loan payments:

 • Mail:  BSI Financial Services, P. O. Box 679002, Dallas, TX  75267-9002

• Online: https://myloanweb.com/BSI

• Pay-by-Phone: 1-800-327-7861. A fee may apply for this service.

• Monthly, Bi-Weekly and Weekly ACH:  Please call 1-800-327-7861 for instructions on how to enroll in the ACH program.

• Western Union: Visit the Western Union office nearest you.  To make the payment, you will need your loan number, the CODE CITY ("BSI") and the STATE ("PA").  To locate the Western Union office nearest you, call 800.325.6000.

 • Overnight Address:  BSI Financial Services, Lockbox Number 679002, 1200 E Campbell Rd Ste. 108, Richardson, TX  75081

**Important Notice: BSI Financial Services does not accept cash payments or postdated checks. All payments will be applied upon receipt.**

**Payment Information**

- **How Payments are Applied:** Payments we receive will be applied in accordance with the terms of your mortgage note.  This generally means that funds will first be applied to any payments past due.  Once your loan is current, any additional available funds will be applied to outstanding fees, costs and advances prior to being applied to reduce your principal balance.  Our servicing system allows for one advance payment.  If you send in enough money to satisfy more than one additional monthly payment, any remaining funds will then be applied to fees, costs and your principal balance.  Should you have any questions regarding a specific payment, please call our Customer Care Department at 800-327-7861.
- **Additional Amounts:** This is known as a curtailment or partial prepayment.  If your loan is current and has the standard payment application requirements (check your Note, Mortgage and any applicable Riders for details), an amount in excess of the regular payment amount will be applied first to any outstanding charges (such as late fees or interest) and then to principal.  Also, if your Note has a prepayment penalty, the extra amount you send could trigger that penalty.  Please check your Note and understand what it means.
- **Partial Payments:** If you make a partial payment, which is less than an amount sufficient to cover your principal, interest and escrow (if applicable) for a given billing cycle, we may credit the partial payment to your account, return the partial payment to you, or hold the payment in an unapplied funds account.  If your statement activity reflects a partial payment was placed in an unapplied funds account, your payment will be held in the unapplied funds account until we receive sufficient funds to cover a full monthly payment.  To have your funds applied, you must remit an additional amount sufficient to complete the monthly payment.
  There will be a processing fee associated with one-time web payments set up to draft on or after the 6th day of your grace period. There will be no charge for one-time payments set up to draft on or before your due date, or within the first five days of your grace period. Additionally, you will be charged a processing fee for automated payments set up via our Interactive Voice Response (IVR) system. You may obtain more information regarding these charges within your MyLoanWeb account by clicking on Requests, then Fees. We continue to provide the additional following payment options at no cost to you: pay-by-mail and pay-by-ACH.
- **Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and risk of foreclosure.  If you are currently in the military service, or have been within the last 12 months, and joined after signing the Note and Security Instrument now in default, please notify us immediately.

**Loan Reinstatement and Payoff Information**

The outstanding balance and amount due on your statement is as of the date of the statement and is not the amount needed to bring your loan current or to pay off your loan in full. Because of interest, late charges and other charges that may vary from day to day, the outstanding amounts due on your loan will increase.  If your loan is in default, foreclosure activity and costs associated therewith will continue to accrue until the loan is fully reinstated or paid in full.  If you would like to bring your loan current, please contact our Customer Care Department or your Loss Mitigation Specialist to request a Reinstatement Quote within 48 hours of when you intend to reinstate.  If you are planning on paying off your loan, you must request a payoff quote a minimum of 5 business days before your anticipated payoff date and you will be provided a written Payoff Statement.  Our agents are unable to give you a verbal payoff quote.

**Mortgage Counseling and Assistance**

If you are experiencing financial difficulty and would like counseling or assistance, you can find a list of homeownership counselors in your area on the U.S. Department of Housing and Urban Development's website at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call their toll-free number at 1-800-569-4287.

**Qualified Written Requests**

Under the Real Estate Settlement Procedures Act, a qualified written request is written correspondence (other than notice on your payment coupon or other payment medium supplied by us) regarding the servicing of your loan that identifies your name, account number and the specific reasons for the request (such as an error on your loan account or a request for information).  Any qualified written request you wish to submit must be sent to:BSI Financial Services, Attention: Qualified Written Requests,314 S Franklin St. / Second Floor PO Box 517 Titusville PA 16354 .

**Negative Credit Information Notice**

We may report information about your account to credit bureaus.  Late payments, missed payments or other defaults on your account may be reflected in your credit report.  You have the right to dispute the accuracy of the information reported by writing to us at the address listed above.

**BSI Financial Services is a debt collector, and any information you provide to us may be used to collect a debt.**
**Licensed as Servis One, Inc. dba BSI Financial Services.** This notice is being sent on behalf of BSI Financial Services by its servicing agent, BSI Financial Services. BSI Financial Services NMLS# 38078.

...................................................................................................................................................................

## CHANGE OF NAME / ADDRESS NOTIFICATION

If applicable, please complete the change of address and personal information below (if name change, please supply supporting documentation):

NAME _____

STREET ADDRESS _____

CITY/STATE _____  ZIP CODE _____

SIGNATURE _____  DATE _____

| Date Posted | Effective Date | Paid to Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Optional Prod | Late Chgs |
|---|---|---|---|---|---|---|---|---|---|
| 7/5/2016 | 7/5/2016 | 3/1/2010 | ADMIN ADJUSTMENT | $0.00 | $0.00 | $0.00 | ($60,892.90) | $0.00 | $0.00 |
| 7/11/2016 | 7/11/2016 | 3/1/2010 | MISC RECEIPT | $3,587.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7/11/2016 | 6/22/2016 | 3/1/2010 | MISC RECEIPT | $771.87 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7/14/2016 | 7/14/2016 | 3/1/2010 | FEE BILLED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7/14/2016 | 7/14/2016 | 3/1/2010 | FEE BILLED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7/14/2016 | 7/14/2016 | 3/1/2010 | FEE BILLED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7/20/2016 | 7/20/2016 | 3/1/2010 | UNCOLL LATE CHARGE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($1,723.71) |
| 7/20/2016 | 7/20/2016 | 3/1/2010 | ADMIN ADJUSTMENT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($1,723.71) |
| 9/29/2016 | 9/29/2016 | 3/1/2010 | ADMIN ADJUSTMENT | $0.00 | $0.00 | $0.00 | $60,892.90 | $0.00 | $0.00 |
| 9/29/2016 | 3/1/2010 | 3/1/2010 | MISC RECEIPT | ($4,359.22) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/29/2016 | 3/1/2010 | 3/1/2010 | MISC RECEIPT | $4,359.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/29/2016 | 9/29/2016 | 3/1/2010 | ADMIN ADJUSTMENT | $0.00 | $0.00 | $0.00 | ($60,892.90) | $0.00 | $0.00 |
| 10/19/2016 | 3/1/2010 | 3/1/2010 | MISC RECEIPT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/19/2016 | 3/1/2010 | 4/1/2010 | PAYMENT | $2,506.49 | $0.00 | $1,597.92 | $908.57 | $0.00 | $0.00 |
| 10/19/2016 | 3/1/2010 | 4/1/2010 | MISC RECEIPT | $1,852.73 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/19/2016 | 3/1/2010 | 4/1/2010 | MISC RECEIPT | ($4,359.22) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/11/2016 | 11/11/2016 | 4/1/2010 | ESCROW DISBURSEME | ($2,750.08) | $0.00 | $0.00 | ($2,750.08) | $0.00 | $0.00 |
| 12/12/2016 | 12/12/2016 | 4/1/2010 | ADMIN ADJUSTMENT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1/17/2017 | 1/17/2017 | 4/1/2010 | ESCROW DISBURSEME | ($357.07) | $0.00 | $0.00 | ($357.07) | $0.00 | $0.00 |
| 1/18/2017 | 1/18/2017 | 4/1/2010 | ESCROW DISBURSEME | ($2,142.42) | $0.00 | $0.00 | ($2,142.42) | $0.00 | $0.00 |
| 1/18/2017 | 1/18/2017 | 4/1/2010 | ESCROW DISBURSEME | ($488.28) | $0.00 | $0.00 | ($488.28) | $0.00 | $0.00 |
| 1/19/2017 | 1/19/2017 | 4/1/2010 | ESCROW DISBURSEME | ($2,929.68) | $0.00 | $0.00 | ($2,929.68) | $0.00 | $0.00 |
| 2/7/2017 | 2/7/2017 | 4/1/2010 | ESCROW DISBURSEME | ($357.07) | $0.00 | $0.00 | ($357.07) | $0.00 | $0.00 |
| 2/7/2017 | 2/7/2017 | 4/1/2010 | ESCROW DISBURSEME | ($488.28) | $0.00 | $0.00 | ($488.28) | $0.00 | $0.00 |
| 3/7/2017 | 3/7/2017 | 4/1/2010 | ESCROW DISBURSEME | ($357.07) | $0.00 | $0.00 | ($357.07) | $0.00 | $0.00 |
| 3/7/2017 | 3/7/2017 | 4/1/2010 | ESCROW DISBURSEME | ($488.28) | $0.00 | $0.00 | ($488.28) | $0.00 | $0.00 |
| 4/7/2017 | 4/7/2017 | 4/1/2010 | ESCROW DISBURSEME | ($357.07) | $0.00 | $0.00 | ($357.07) | $0.00 | $0.00 |
| 4/7/2017 | 4/7/2017 | 4/1/2010 | ESCROW DISBURSEME | ($488.28) | $0.00 | $0.00 | ($488.28) | $0.00 | $0.00 |
| 5/9/2017 | 5/9/2017 | 4/1/2010 | ESCROW DISBURSEME | ($357.07) | $0.00 | $0.00 | ($357.07) | $0.00 | $0.00 |
| 5/9/2017 | 5/9/2017 | 4/1/2010 | ESCROW DISBURSEME | ($488.28) | $0.00 | $0.00 | ($488.28) | $0.00 | $0.00 |
| 6/7/2017 | 6/7/2017 | 4/1/2010 | ESCROW DISBURSEME | ($357.07) | $0.00 | $0.00 | ($357.07) | $0.00 | $0.00 |
| 6/7/2017 | 6/7/2017 | 4/1/2010 | ESCROW DISBURSEME | ($488.28) | $0.00 | $0.00 | ($488.28) | $0.00 | $0.00 |

**EXHIBIT "C"**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6/20/2017 | 3/1/2010 | 3/1/2010 PAYMENT | ($2,506.49) | $0.00 | ($1,597.92) | ($908.57) | $0.00 | $0.00 |
| 6/20/2017 | 6/20/2017 | 3/1/2010 MISC RECEIPT | $2,506.49 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6/21/2017 | 6/21/2017 | 2/1/2010 PAYMENT | ($2,506.49) | $0.00 | ($1,597.92) | ($908.57) | $0.00 | $0.00 |
| 6/21/2017 | 6/21/2017 | 1/1/2010 PAYMENT | ($2,506.49) | $0.00 | ($1,597.92) | ($908.57) | $0.00 | $0.00 |
| 6/21/2017 | 6/21/2017 | 12/1/2009 PAYMENT | ($2,506.49) | $0.00 | ($1,597.92) | ($908.57) | $0.00 | $0.00 |
| 6/21/2017 | 6/21/2017 | 11/1/2009 PAYMENT | ($2,506.49) | $0.00 | ($1,597.92) | ($908.57) | $0.00 | $0.00 |
| 6/21/2017 | 6/21/2017 | 11/1/2009 MISC RECEIPT | $10,025.96 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7/14/2017 | 7/14/2017 | 11/1/2009 ESCROW DISBURSEME | ($357.07) | $0.00 | $0.00 | ($357.07) | $0.00 | $0.00 |
| 7/14/2017 | 7/14/2017 | 11/1/2009 ESCROW DISBURSEME | ($488.28) | $0.00 | $0.00 | ($488.28) | $0.00 | $0.00 |
| 8/18/2017 | 8/18/2017 | 11/1/2009 ESCROW DISBURSEME | ($357.07) | $0.00 | $0.00 | ($357.07) | $0.00 | $0.00 |
| 8/18/2017 | 8/18/2017 | 11/1/2009 ESCROW DISBURSEME | ($488.28) | $0.00 | $0.00 | ($488.28) | $0.00 | $0.00 |
| 9/13/2017 | 9/13/2017 | 11/1/2009 ESCROW DISBURSEME | ($357.07) | $0.00 | $0.00 | ($357.07) | $0.00 | $0.00 |
| 9/13/2017 | 9/13/2017 | 11/1/2009 ESCROW DISBURSEME | ($488.28) | $0.00 | $0.00 | ($488.28) | $0.00 | $0.00 |
| 9/21/2017 | 9/21/2017 | 11/1/2009 ESCROW DISBURSEME | ($2,348.00) | $0.00 | $0.00 | ($2,348.00) | $0.00 | $0.00 |
| 9/22/2017 | 9/22/2017 | 11/1/2009 ESCROW RECEIPT | $414.66 | $0.00 | $0.00 | $414.66 | $0.00 | $0.00 |
| 9/22/2017 | 9/22/2017 | 11/1/2009 ESCROW RECEIPT | $504.04 | $0.00 | $0.00 | $504.04 | $0.00 | $0.00 |
| 11/27/2017 | 11/27/2017 | 11/1/2009 ESCROW DISBURSEME | ($2,790.40) | $0.00 | $0.00 | ($2,790.40) | $0.00 | $0.00 |
| 11/27/2017 | 11/27/2017 | 11/1/2009 ADMIN ADJUSTMENT | $1,723.71 | $0.00 | $0.00 | $0.00 | $0.00 | $1,723.71 |
| 11/27/2017 | 11/27/2017 | 11/1/2009 UNCOLL LATE CHARGE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,723.71 |
| 11/27/2017 | 11/27/2017 | 11/1/2009 ADMIN ADJUSTMENT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,723.71 |
| 11/27/2017 | 11/27/2017 | 11/1/2009 FEE WAIVED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/27/2017 | 11/27/2017 | 11/1/2009 FEE WAIVED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/27/2017 | 11/27/2017 | 11/1/2009 FEE WAIVED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/27/2017 | 11/27/2017 | 11/1/2009 ADMIN ADJUSTMENT | $59,000.00 | $0.00 | $59,000.00 | $0.00 | $0.00 | $0.00 |
| 11/27/2017 | 11/27/2017 | 11/1/2009 ADMIN ADJUSTMENT | $0.00 | ($67,680.80) | $59,000.00 | $0.00 | $0.00 | $0.00 |
| 11/27/2017 | 11/27/2017 | 11/1/2009 ADMIN ADJUSTMENT | ($7,922.94) | ($7,922.94) | ($7,922.94) | $0.00 | $0.00 | $0.00 |
| 11/27/2017 | 11/27/2017 | 11/1/2009 ADMIN ADJUSTMENT | $79,957.70 | $79,957.70 | $0.00 | $79,957.70 | $0.00 | $0.00 |
| 11/27/2017 | 11/27/2017 | 11/1/2009 ADMIN ADJUSTMENT | $0.00 | $0.00 | $0.00 | $79,957.70 | $0.00 | $0.00 |
| 11/28/2017 | 11/28/2017 | 4/1/2016 MISC RECEIPT | $0.00 | $0.00 | $0.00 | $3,322.71 | $0.00 | $0.00 |
| 12/11/2017 | 12/11/2017 | 11/1/2009 ADMIN ADJUSTMENT | $0.00 | $67,680.80 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/11/2017 | 12/11/2017 | 11/1/2009 ADMIN ADJUSTMENT | $0.00 | $0.00 | $0.00 | $81,751.30 | $0.00 | $0.00 |
| 12/11/2017 | 12/11/2017 | 11/1/2009 ADMIN ADJUSTMENT | $0.00 | $0.00 | $0.00 | ($161,709.00) | $0.00 | $0.00 |
| 12/11/2017 | 12/11/2017 | 11/1/2009 ADMIN ADJUSTMENT | ($7,922.94) | ($7,922.94) | ($7,922.94) | $0.00 | $0.00 | $0.00 |
| 12/11/2017 | 12/11/2017 | 11/1/2009 ADMIN ADJUSTMENT | ($79,957.70) | ($79,957.70) | $0.00 | ($79,957.70) | $0.00 | $0.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/11/2017 | 12/11/2017 | 11/1/2009 ADMIN ADJUSTMENT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/11/2017 | 12/11/2017 | 11/1/2009 UNCOLL LATE CHARGE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($1,723.71) |
| 12/11/2017 | 12/11/2017 | 11/1/2009 ADMIN ADJUSTMENT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($1,723.71) |
| 12/11/2017 | 12/11/2017 | 11/1/2009 FEE BILLED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/11/2017 | 12/11/2017 | 11/1/2009 FEE BILLED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/11/2017 | 12/11/2017 | 11/1/2009 FEE BILLED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/11/2017 | 12/11/2017 | 11/1/2009 ADMIN ADJUSTMENT | $1,723.71 | $0.00 | $0.00 | $0.00 | $0.00 | $1,723.71 |
| 12/11/2017 | 12/11/2017 | 11/1/2009 UNCOLL LATE CHARGE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,723.71 |
| 12/11/2017 | 12/11/2017 | 11/1/2009 ADMIN ADJUSTMENT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,723.71 |
| 12/11/2017 | 12/11/2017 | 11/1/2009 ADMIN ADJUSTMENT | $66,709.60 | $0.00 | $0.00 | $66,709.60 | $0.00 | $0.00 |
| 12/11/2017 | 12/11/2017 | 11/1/2009 ADMIN ADJUSTMENT | $971.20 | $0.00 | $971.20 | $0.00 | $0.00 | $0.00 |
| 12/11/2017 | 12/11/2017 | 11/1/2009 ADMIN ADJUSTMENT | $0.00 | ($67,680.80) | $971.20 | $66,709.60 | $0.00 | $0.00 |
| 12/11/2017 | 12/11/2017 | 11/1/2009 FEE WAIVED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/11/2017 | 12/11/2017 | 11/1/2009 ADMIN ADJUSTMENT | $6,120.97 | $6,120.97 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/11/2017 | 12/11/2017 | 11/1/2009 ADMIN ADJUSTMENT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/11/2017 | 12/11/2017 | 11/1/2009 FEE WAIVED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/11/2017 | 12/11/2017 | 11/1/2009 ADMIN ADJUSTMENT | $1,509.83 | $1,509.83 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/11/2017 | 12/11/2017 | 11/1/2009 ADMIN ADJUSTMENT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/11/2017 | 12/11/2017 | 11/1/2009 FEE WAIVED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/11/2017 | 12/11/2017 | 11/1/2009 ADMIN ADJUSTMENT | $1,050.00 | $1,050.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/11/2017 | 12/11/2017 | 11/1/2009 ADMIN ADJUSTMENT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/11/2017 | 12/11/2017 | 11/1/2009 ADMIN ADJUSTMENT | ($65,951.74) | ($65,951.74) | ($65,951.74) | $0.00 | $0.00 | $0.00 |
| 12/11/2017 | 12/11/2017 | 11/1/2009 ADMIN ADJUSTMENT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/20/2017 | 12/20/2017 | 4/1/2016 FEE BILLED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1/3/2018 | 1/3/2018 | 4/1/2016 FEE BILLED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1/16/2018 | 5/1/2016 | 5/1/2016 PAYMENT | $2,054.73 | $214.72 | $1,365.34 | $474.67 | $0.00 | $0.00 |
| 1/16/2018 | 6/1/2016 | 6/1/2016 PAYMENT | $2,054.73 | $215.62 | $1,364.44 | $474.67 | $0.00 | $0.00 |
| 1/16/2018 | 7/1/2016 | 7/1/2016 PAYMENT | $2,054.73 | $216.52 | $1,363.54 | $474.67 | $0.00 | $0.00 |
| 1/16/2018 | 8/1/2016 | 8/1/2016 PAYMENT | $2,054.73 | $217.42 | $1,362.64 | $474.67 | $0.00 | $0.00 |
| 1/16/2018 | 8/1/2016 | 9/1/2016 PAYMENT | $2,054.73 | $218.32 | $1,361.74 | $474.67 | $0.00 | $0.00 |
| 1/16/2018 | 8/1/2016 | 9/1/2016 MISC RECEIPT | ($1,063.91) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1/16/2018 | 1/16/2018 | 9/1/2016 MISC RECEIPT | ($9,209.74) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4/2/2018 | 4/2/2018 | 9/1/2016 FEE BILLED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4/23/2018 | 4/21/2018 | 10/1/2016 PAYMENT | $2,054.73 | $219.23 | $1,360.83 | $474.67 | $0.00 | $0.00 |

| 4/23/2018 | 4/21/2018 | 11/1/2016 PAYMENT | $2,054.73 | $220.15 | $1,359.91 | $474.67 | $0.00 | $0.00 |
| 4/23/2018 | 4/21/2018 | 12/1/2016 PAYMENT | $2,054.73 | $221.06 | $1,359.00 | $474.67 | $0.00 | $0.00 |
| 4/23/2018 | 4/21/2018 | 1/1/2017 PAYMENT | $2,054.73 | $221.99 | $1,358.07 | $474.67 | $0.00 | $0.00 |
| 4/23/2018 | 4/21/2018 | 2/1/2017 PAYMENT | $2,054.73 | $222.91 | $1,357.15 | $474.67 | $0.00 | $0.00 |
| 4/23/2018 | 4/21/2018 | 3/1/2017 PAYMENT | $2,054.73 | $223.84 | $1,356.22 | $474.67 | $0.00 | $0.00 |
| 4/23/2018 | 4/21/2018 | 4/1/2017 PAYMENT | $2,054.73 | $224.77 | $1,355.29 | $474.67 | $0.00 | $0.00 |
| 4/23/2018 | 4/21/2018 | 5/1/2017 PAYMENT | $2,054.73 | $225.71 | $1,354.35 | $474.67 | $0.00 | $0.00 |
| 4/23/2018 | 4/21/2018 | 6/1/2017 PAYMENT | $2,054.73 | $226.65 | $1,353.41 | $474.67 | $0.00 | $0.00 |
| 4/23/2018 | 4/21/2018 | 7/1/2017 PAYMENT | $2,054.73 | $227.59 | $1,352.47 | $474.67 | $0.00 | $0.00 |
| 4/23/2018 | 4/21/2018 | 8/1/2017 PAYMENT | $2,054.73 | $228.54 | $1,351.52 | $474.67 | $0.00 | $0.00 |
| 4/23/2018 | 4/21/2018 | 9/1/2017 PAYMENT | $2,054.73 | $229.49 | $1,350.57 | $474.67 | $0.00 | $0.00 |
| 4/23/2018 | 4/21/2018 | 10/1/2017 PAYMENT | $2,054.73 | $230.45 | $1,349.61 | $474.67 | $0.00 | $0.00 |
| 4/23/2018 | 4/21/2018 | 11/1/2017 PAYMENT | $2,054.73 | $231.41 | $1,348.65 | $474.67 | $0.00 | $0.00 |
| 4/23/2018 | 4/21/2018 | 11/1/2017 MISC RECEIPT | $1,283.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Fees/Other | Unapplied | Buydown/Subsidy |
|---|---|---|
| $0.00 | $0.00 | $0.00 |
| $0.00 | $3,587.35 | $0.00 |
| $0.00 | $771.87 | $0.00 |
| $6,120.97 | $0.00 | $0.00 |
| $1,509.83 | $0.00 | $0.00 |
| $1,050.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | ($4,359.22) | $0.00 |
| $0.00 | $4,359.22 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $1,852.73 | $0.00 |
| $0.00 | ($4,359.22) | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |

| | | |
|---:|---:|---:|
| $0.00 | $0.00 | $0.00 |
| $0.00 | $2,506.49 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $10,025.96 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| ($6,120.97) | $0.00 | $0.00 |
| ($1,509.83) | $0.00 | $0.00 |
| ($1,050.00) | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | ($3,322.71) | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |

| | | |
|---:|---:|---:|
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $1,050.00 | $0.00 | $0.00 |
| $1,509.83 | $0.00 | $0.00 |
| $6,120.97 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| ($6,120.97) | $0.00 | $0.00 |
| $6,120.97 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| ($1,509.83) | $0.00 | $0.00 |
| $1,509.83 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| ($1,050.00) | $0.00 | $0.00 |
| $1,050.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $1,400.00 | $0.00 | $0.00 |
| $215.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | ($1,063.91) | $0.00 |
| $0.00 | ($9,209.74) | $0.00 |
| $139.50 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |

| | | |
|---|---|---|
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 |
| $0.00 | $1,283.16 | $0.00 |