

**ORDERED in the Southern District of Florida on November 15, 2018.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**IN THE MATTER OF:**              **CASE NO. 12-29862-RAM**
**GLENDA SUAZO**                   **CHAPTER 13**
**LUIS M. MORENO**

　　**Debtors,**
_____/

**ORDER CONTINUING MOTION TO DEEM CURRENT THE MORTGAGE DE 106**

　　**THIS CASE** came to be heard on November 13, 2018, on the Motion to Deem Current the Mortgage, D.E. #106 and based on the record, it is

　　**ORDERED** as follows:

1. That the Motion to Deem Current the Mortgage, D.E. #106, is continued to December 11, 2018, 9:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 4 (RAM), Miami, FL 33128.

###

Submitted by
Ricardo Corona, Esq
Bar No. 111333
BK@coronapa.com
Corona Law Firm, P.A
3899 NW 7 ST #202-B
MIAMI, FL 33126
 Phone: (305)547-1234
 Fax: (888)554-5607

Movant shall serve a copy of this order on all interested parties and file a certificate of service with the Clerk of the Court.